IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA LUFT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 16 CV 1311 |
| MENARD, INC. | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Cynthia Luft, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendant, MENARD, INC., with prejudice.

Plaintiff is dismissing this action as the parties have entered into a settlement agreement to resolve all matters currently being heard before this Court. Plaintiff agrees to provide Defendant with a Final Demand Letter from Medicare prior to Defendant issuing settlement drafts.

Jacquelyn Fernandez
Vrdolyak Law Group
741 N. Dearborn
Chicago, IL 60654
(312) 482-8200

Marilynn Frangella
Attorney for Defendant
FABRIZIO, HANSON, PEYLA & KAWINSKI, P.C.
116 North Chicago Street, Suite 200A
Joliet, IL 60432
815/727-5445
Atty. No.: 6271920